```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN ZUKERGOOD,

        Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

19-CV-11715 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received plaintiff's Motion for Judgment on the Pleadings (Dkt. No. 19), filed on June 12, 2020. The Court infers that the parties were unable to resolve this case through the negotiations that they were required to undertake pursuant to ¶¶ 2-3 of this Court's Scheduling Order (Dkt. No. 18). However, the parties have not filed the joint letter required by ¶ 4(b) of the Scheduling Order. That letter was due no later than June 12, 2020. **The parties shall file the required joint letter no later than June 19, 2020.**

Dated: New York, New York
       June 15, 2020

                              **SO ORDERED**.

                              **BARBARA MOSES**
                              **United States Magistrate Judge**