USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------X

SUSAN ZUKERGOOD,

Plaintiff,                                19 **CIVIL** 11715

-v-                                                **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                         Defendant.

--------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated June 25, 2020, that this action be, and hereby is,

reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42

U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a de novo

hearing and a new ALJ decision.

**Dated:** New York, New York
         June 26, 2020

**RUBY J. KRAJICK**

                                             **Clerk of Court**

                          **BY:**

                                             **Deputy Clerk**